IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. GAINES, III, on behalf of himself and all other plaintiffs similarly situated, known and unknown,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KNH ENTERPRISE, INC., D/B/A SUBWAY, AND HITESH R. PATEL, INDIVIDUALLY,<br><br>　　　　　　Defendants. | No. 1:22-cv-03531<br><br>**Hon. Manish S. Shah**<br>U.S. District Judge, Presiding<br><br>Hon. Jeffrey I. Cummings<br>Magistrate Judge |

## MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT

Defendants, KNH ENTERPRISE, INC., D/B/A SUBWAY, AND HITESH R. PATEL, by and through their attorneys, hereby requests that this Court approve the settlement reached in this case, and in support thereof, states:

　　1.　　This case involves claims made by the Plaintiffs under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

　　2.　　On 07/07/2022, Plaintiff filed a Complaint asserting claims under the FLSA seeking alleged unpaid overtime wages arising out of her previous work for Defendant KNH ENTERPRISE, INC. Later, three additional Plaintiffs opted in.

　　3.　　The Parties have reached a final resolution of their *bona fide* dispute with respect to Plaintiffs' FLSA claims in this matter.

　　4.　　Defendants submit this Settlement Agreement to the Court now for review in compliance with the Court's 05/14/2024 Order (Dkt. #66), which ordered that this Motion be filed by 5/24/2024. *See* Settlement Agreements attached hereto as Exhibit A.

　　5.　　The Parties submit the Settlement Agreement to the Court for review and

approval pursuant to the FLSA, because FLSA settlements require court approval. *See Salcedo v. D'Arcy Buick GMC, Inc.,* 227 F. Supp. 3d 960, 961 (N.D. Ill. 2016) ("For this reason, settlement of claims for back wages under the FLSA require approval from the Department of Labor or from a district court."); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

6. The settlement reached between Plaintiffs and Defendants, with respect to Plaintiffs' claimed FLSA damages, was reached as a result of a contested, *bona fide* dispute, and represents a fair and reasonable compromise over the contested issues. Plaintiffs will receive alleged unpaid wages and liquidated damages, and Plaintiffs' recovery will not be diminished by attorneys' fees and costs. Defendants are separately making payment to Plaintiffs' Counsel for their fees and costs under the FLSA's fee shifting provision. Further, the settlement was only reached after arms-length negotiations occurring during a period of approximately two months.

7. Defendants dispute any liability. However, the terms of the settlement are acceptable to Plaintiff and Defendants, and the settlement merits approval. *Lynn's Food Stores*, 679 F. 2d at 1354-55 (courts approve FLSA settlements when they are a "fair and reasonable resolution of a bona fide dispute over FLSA provisions").

8. The settlement has been approved and accepted by Plaintiffs after having had a reasonable period of time to consider the settlement terms. Accordingly, Plaintiffs entered into the Settlement Agreement voluntarily and knowingly, having understood fully the meaning and effect of her actions in executing the Settlement Agreement.

9. The Parties dispute whether any liability exists in the instant action. Nevertheless, the Parties agree that the Settlement Agreement is in their best interests because it allows both Parties to avoid the uncertainties and risks associated with further litigation.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Honorable Court approve the Parties' Settlement.

Respectfully submitted,

*/s/ Scott Kane Stukel*

Counsel for Defendants

Cameron & Kane, LLC
Scott Kane Stukel
2129 N Western Ave.,
Chicago, Illinois 60647
Phone: (872) 588-0727
Fax: (312) 268-7478
Email: scott@cameronandkane.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 24th day of May, 2024, the foregoing Unopposed Motion for Entry of Order Approving Settlement was filed via the Court's CM/ECF system, which will send electronic notification to the attorneys of record at the e-mail addresses on file with the Court.

By: /s/ Scott Kane Stukel
One of the Defendant's Attorneys