# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Arthur L. Gaines III

                      Plaintiff,

v.                                   Case No.: 1:22–cv–03531
                                              Honorable Manish S. Shah

KNH Enterprise, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2024:

    MINUTE entry before the Honorable Manish S. Shah: The motion to approve settlement agreements [69] is granted and no appearance on the motion is necessary. The court finds that the settlement agreements resolve bona fide wage disputes and are reasonable compromises. The parties' notice of dismissal must be filed by 6/25/24. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.